In re Boguille, Jerry; Brown, Jerry Bog-uille; Brown, Oscar; Hashek, James R.; Hunt, Cheryl; McMahon, Cheryl Hunt; McMahon, Michael; Mipro, Dorothy; Davis, Dorothy Mipro; Davis, John; Le-Blanc, Debbie; Mipro, Debbie LeBlanc; Mi-pro, Paul; LeBlanc, Jeanette; Cousins, Jeanette LeBlanc; Cousins, Robert; Shelby, Robert; Eckert, Kathleen; Mipro, Kathleen Eckert; Mipro, Robert C.; Le-bouef, Shirley; Kelly, Shirley Lebouef; Kelly, Wemdelaus B. Jr.; Johnson, Pamela B.; Tasker, Barbara S.; Tasker, Donald; applying for writ of certiorari and/or review, and supervisory; to the Court of Appeal, Fourth Circuit, No. CA-5049; Parish of Orleans, Civil District Court, Div. “D”, No. 85-1236.
Prior report: La.App., 506 So.2d 621.
Denied.
DIXON, C.J., and CALOGERO and DENNIS, JJ., would grant the writ.